Hon. Brian A. Tsuchida

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. CR 19-177 MAT |
| v. | ORDER TO PERMIT EARLY PREPARATION OF PRESENTENCE REPORTS |
| NAIA THOMAS and DANIELLE THOMAS, | |
| Defendants. | |

The court has considered the unopposed motion to permit early preparation of presentence reports for the defendants in this case. The motion is GRANTED.

Dated this **25TH** day of September, 2019.

_____
BRIAN A. TSUCHIDA
UNITED STATES MAGISTRATE JUDGE